FILED: May 7, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-4104
(7:17-cr-00079-TMC-1)
_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

PRECIAS K. FREEMAN

Defendant - Appellant

_____

O R D E R

_____

A majority of judges in regular active service and not disqualified having

voted in a poll requested by a member of the court to grant rehearing en banc,

IT IS ORDERED that rehearing en banc is granted.

The parties shall file 15 additional paper copies of their briefs and appendices

previously filed in this case within 10 days.

For the Court

/s/ Patricia S. Connor, Clerk